CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 20 2016

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| JO-EL JOHNSON TRENT, **Petitioner**, | Civil Action No. 7:16-cv-00405 |
| v. | **ORDER** |
| GARY STAFFORD, et al., **Respondents**. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** due to Petitioner's failure to comply with the conditional filing order; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 20th day of October, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge